# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0746
_____

JAMIE BRYANT HOWELL,
Putative Father,

    Appellant,

    v.

HEATHER ANN DECAMILLO
RODRIGUEZ, Mother, and
CHRISTIAN RODRIGUEZ, Father,

    Appellees.

_____

On appeal from the Circuit Court for Bay County.
Brandon John Young, Judge.


October 9, 2025

PER CURIAM.

    AFFIRMED.

LEWIS, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Nancy A. Hass of Nancy A. Hass, P.A., Hollywood, for Appellant.

Carroll L. McCauley, Panama City, for Appellees.